WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED'06 JUN 26 16:21 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**DELIA KIRK,**

   Plaintiff,

vs.

**COMMISSIONER of Social Security,**

   Defendant.

CV # 05-649-MO

ORDER

Attorney fees in the amount of $6,200.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above. No costs or expenses will be awarded herein.

DATED this 23 day of June, 2006.

/s/ Michael W. Mosman
United States District Judge

Submitted on June 15, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1